IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID ROHM,
    Petitioner,

vs.

WARDEN, SCI FAYETTE, *et al.*
    Defendants.

Civil Action No. 18-1201
Electronic Filing

Judge Cercone /
Magistrate Judge Mitchell

**ORDER**

AND NOW this 30th day of October, 2018, after Petitioner filed *pro se* a petition for a writ of *habeas corpus* (ECF No. 4) and after a Report and Recommendation (ECF No. 5) was filed by the United States Magistrate Judge recommending dismissal of the petition and granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that Petitioner's petition for writ of *habeas corpus* (ECF No. 4) is DISMISSED and, because reasonable jurists could not conclude that a basis for appeal exists, that a certificate of appealability is DENIED.

Finally, it is ORDERED that the Clerk shall mark this case as CLOSED.

                                                    David Stewart Cercone
                                                    Senior United States District Judge

cc:    David Rohm
       KL3633
       SCI Fayette
       48 Overlook Drive
       Labelle, PA 15450-0999

       (*Via First Class Mail*)